UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY TAYLOR-WEBER,<br><br>Respondent. | Civil No. 11-MC-9133<br><br>[PROPOSED] ORDER GRANTING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |

The petition to enforce Internal Revenue Service summons came for hearing on July 14, 2011, at 3:30 pm. The petitioner was represented by Sean E. Martin, Assistant U.S. Attorney. The respondent, Jeffrey Taylor-Weber, appeared on his own behalf.

After considering the petition and related filings, as well as the agreement entered into by the parties, the court hereby GRANTS the petition. Mr. Taylor-Weber is ORDERED to comply with the IRS summons. Mr. Taylor-Weber shall appear at the Salem office of the designated IRS revenue officer, at 10 a.m. on Monday, July 25. At his July 25 appearance, Mr. Taylor-Weber shall supply all of the materials requested in the IRS summons.

Page 1 -    [PROPOSED] ORDER GRANTING PETITION
*United States v. Taylor-Weber*, 11-MC-9133

Dated this 19th day of July, 2011.

_____
ANNA J. BROWN
UNITED STATES DISTRICT JUDGE

Submitted by:

Dated: July 14, 2011

DWIGHT C. HOLTON, OSB # 090540
United States Attorney

SEAN E. MARTIN, OSB # 054338
Assistant U.S. Attorney
United States Attorney's Office
1000 SW Third Street, Suite 600
Portland, OR 97204
Phone: (503) 727-1010
Fax:    (503) 727-1117
        Attorneys for Petitioner

Page 2 -   [PROPOSED] ORDER GRANTING PETITION
           *United States v. Taylor-Weber*, 11-MC-9133